IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **OLIVE JAMES TYLER,** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | NO. 4:20-CV-04391 |
| | § | JURY TRIAL DEMANDED |
| **NEURORESTORATIVE MENTIS REHABILITATION,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

The parties have reached an agreement in principal to settle this matter. The parties anticipate finalizing their confidential settlement agreement in the upcoming weeks and will thereafter file a stipulation for dismissal with prejudice.

Dated: June 17, 2021

*Of Counsel:*

**Erin McNamara**
State Bar No. 24109538
S.D. I.D. No. 3266640
emcnamara@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

/s/ *Nehal S. Anand*
**Nehal S. Anand** (Attorney-in-Charge)
State Bar No. 24070600
S.D. I.D. No. 1061200
nanand@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

ATTORNEYS FOR DEFENDANT
MENTIS NEURO HOUSTON, LLC

                                                  /s/ *Richard W. Howard*   **w/permission*
                                                  **Richard W. Howard** (Attorney-in-Charge)
                                                  State Bar No. 24099848
                                                  S.D. I.D. No. 3159602
                                                  richard.howard@rwhpc-law.com
                                                  RAMOND W. HOWARD, P.C.
                                                  1303 Turtle Creek Drive
                                                  Missouri City, TX  77489
                                                  281.437.5900 (Telephone)
                                                  281.416.9517 (Facsimile)

                                                  ATTORNEYS FOR DEFENDANT
                                                  OLIVE JAMES TYLER

## CERTIFICATE OF SERVICE

     I hereby certify that on June 17, 2021, a true and correct copy of the above and foregoing instrument was served on counsel for Plaintiff via the Court's CM/ECF system, and addressed as follows:

Richard W. Howard<br>
RAMOND W. HOWARD, P.C.<br>
1303 Turtle Creek Drive<br>
Missouri City, Texas 77489<br>
richard.howard@rwhpc-law.com

                                                  */s/ Nehal S. Anand*
                                                  Nehal S. Anand