UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 08, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Olive Tyler, | § | |
|        Plaintiff, | § | |
| *versus* | § | Civil Action H-20-4391 |
| Neurorestorative Mentis Rehabilitation, | § | |
|        Defendant. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, the case is dismissed with prejudice. (15)

2. The court retains the jurisdiction to enforce the settlement.

Signed on July ___, 2021, at Houston, Texas.

                                        Lynn N. Hughes
                                 United States District Judge